# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICKY BERNARD ECKLES,

    Petitioner,                 JUDGMENT IN A CIVIL CASE

vs.                                 CASE NO. 5:12CV77-1-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 9, 2012, Order.

                                Signed: July 9, 2012

                                Frank G. Johns, Clerk
                                United States District Court